[No. 70364-1-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN J. FORD, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00336-4, Gordon Godfrey, J., entered December 19, 2011. *Affirmed* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 70365-0-I. Division One. July 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RICKY L. FIEVEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 11-1-00258-6, Amber L. Finlay, J., entered January 24, 2012. *Reversed* and *remanded* by unpublished opinion per Becker, J., concurred in by Cox and Lau, JJ.

[No. 41916-5-II. Division Two. July 30, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LAMONT RANDALL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 08-1-02916-8, Susan Serko, J., entered March 18, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 42076-7-II. Division Two. July 30, 2013.]

*In the Matter of the Guardianship of* RICHARD B. MORSE.

Appeal from a judgment of the Superior Court for Clark County, No. 10-4-00370-4, Diane M. Woolard, J., entered April 27, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Hunt and Bjorgen, JJ.